ARTHUR WERKING, Appellant, v. AMITY ESTATES, INC., et al., Respondents. BOARD OF SUPERVISORS OF GREENE COUNTY, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post*, p. 1113.]

JOHN STARUCK et al., Appellants, v. COUNTY OF OTSEGO, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 476.]

BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF COEYMANS, ALBANY COUNTY, Respondent, v. TEN EYCK B. POWELL et al., Individually and as Former and Holdover Trustees of Common School District No. 2, Town of Coeymans, Albany County, Appellants.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 1197.]

In the Matter of VITO AROURI, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 17.]

In the Matter of CITY OF NEW YORK, Judgment-Creditor-Respondent, against BEDFORD BAR & GRILL, INC., Judgment Debtor. MANUFACTURERS TRUST COMPANY, Assignee-Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 1202.]

In the Matter of the Claim of PAULA KLINGELE, Appellant, against CENTRAL STRUCTURAL STEEL COMPANY, INC., et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 895.]

In the Matter of the Claim of PETER MALISON, Appellant, against CAYUGA BEVERAGE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 902.]